UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CHARLES HAWKINS,

                      Petitioner,

      v.                                      9:03-CV-1466

GARY GREENE, Superintendent,

                      Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
THOMAS J. McAVOY
United States District Judge

## DECISION and ORDER

      This matter brought pursuant to 28 U.S.C. §§ 2241(c)(3) and 2254 was referred to the Hon. Randolph F. Treece, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

      No objections to the June 21, 2007 Report-Recommendation have been raised.[1] After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein and DISMISSES the petition.

IT IS SO ORDERED.

Dated: August 4, 2007

                                                  Thomas J. McAvoy
                                                  Senior, U.S. District Judge

---

[1] The Report-Recommendation was mailed to Petitioner's last known address–Great Meadow Correctional Facility, wherefrom Petitioner was released on December 17, 2004–but was returned to the Clerk's office marked "R[eturn] T[o] S[ender]." Although the Court adopts the Report-Recommendation as the basis for dismissal, Rule 41.2(b) of the Local Rules for the Northern District of New York provides that the Court may dismiss any pending action for failure to notify the Court of a change of address as required by Local Rule 10.1(b).